UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 29, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN KADELL KENNEDY,

    Defendant.

Case No.  2:23-mj-00149-KJN
           2:23-cr-0300 DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUSTIN KADELL KENNEDY , Case No. 2:23-mj-00149-KJN , Charge 21 USC § 841, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $_____

        _X_ Unsecured Appearance Bond $ 50,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        (Other):   The defendant release is delayed until, 11/30/2023 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 29, 2023, at 2:30.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire