1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   JUSTIN KADELL KENNEDY
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) Case No.  2:23-CR-300-DJC
                                   )
       Plaintiff,                  )
12                                 ) **STIPULATION AND ORDER TO CONTINUE**
       vs.                         ) **STATUS CONFERENCE**
13                                 )
    JUSTIN KADELL KENNEDY,         ) Date:   February 8, 2024
14                                 ) Time:  9:00 A.M.
       Defendant.                  ) Judge: Hon. Daniel J. Calabretta
15                                 )
                                   )

16         IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip

17  A. Talbert, through Assistant United States Attorney Cameron Desmond, counsel for Plaintiff; and

18  Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel

19  for Mr. Kennedy, that the status conference currently set for February 08, 2024 **may be continued**

20  **to April 25, 2024 at 9:00 a.m.**

21         The parties specifically stipulate as follows:

22     1.     The indictment in this case issued on November 30, 2023.  ECF No. 12.  Mr.

23            Kennedy was arraigned on the indictment on December 04, 2023, and an initial

24            status conference was set for February 08, 2024 before this Court.  ECF No. 15.

25            Time was excluded from December 04, 2023 to February 08, 2024 (inclusive)

26            under Local Code T-4.

27     2.     On December 20, 2023, Pretrial Services informed the parties that Mr. Kennedy

28

1    was in a car accident and was severely injured.

2    3.    Defense counsel represents that she is in regular contact with Mr. Kennedy's

3    family.  His family has relayed that Mr. Kennedy has not been able to communicate

4    with anyone since this accident.  As such, defense counsel has not had any direct

5    communication with Mr. Kennedy subsequent to the accident.  As of last week, his

6    inability to communicate has not changed.

7    4.    Given the above, defense counsel is seeking the instant continuance in the hopes

8    that Mr. Kennedy will recover and once again be able to assist in his defense.  As

9    Mr. Kennedy is hospitalized and unable to communicate, time is automatically

10    excludable under 18 U.S.C. § 3161(h)(4) (Local Code O).  *See* 18 U.S.C. §

11    3161(h)(4), "[t]he following periods of delay *shall* be excluded…[a]ny period of

12    delay resulting from the fact that the defendant is…physically unable to stand trial"

13    (emphasis added).

14    5.    The government does not object to the continuance.

15    The parties therefore respectfully request this Court to adopt the parties' stipulation as its

16    Order.

17                                         Respectfully submitted,

18                                         HEATHER E. WILLIAMS
                                          Federal Defender
19
20    Date: February 4, 2024         */s/  Christina Sinha*
                                          CHRISTINA SINHA
21                                         Assistant Federal Defender
                                          Attorneys for Defendant
22                                         JUSTIN KADELL KENNEDY

23

24    Date: February 4, 2024         PHILLIP A. TALBERT
                                          United States Attorney
25
                                          */s/ Cameron Desmond*
26                                         CAMERON DESMOND
                                          Assistant United States Attorney
27                                         Attorneys for Plaintiff

28

1

<u>**O R D E R**</u>

2

      The Court, having received and considered the parties' stipulation, and good cause

3

appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The status

4

conference currently set for February 08, 2024 is continued to April 25, 2024 at 9:00 a.m.

5

      The time period from February 08, 2024 to April 25, 2024 (inclusive) is excluded under

6

Local Code O (18 U.S.C. § 3161(h)(4).

7

8

IT IS SO ORDERED.

9

10

Dated:  February 5, 2024            /s/ Daniel J. Calabretta

11

                         THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference and Exclude Time      -3-      *United States v. Justin Kennedy*,
23-CR-300