HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JUSTIN KADELL KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN KADELL KENNEDY, Defendant. | Case No. 2:23-CR-300-DJC **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** Date: April 25, 2024 Time: 9:00 A.M. Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Cameron Desmond, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Kennedy, that the status conference currently set for April 25, 2024 **may be continued to June 27, 2024 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. The indictment in this case issued on November 30, 2023. ECF No. 12. Mr. Kennedy was arraigned on the indictment on December 04, 2023, and an initial status conference was set for February 08, 2024 before this Court. ECF No. 15. Time was excluded from December 04, 2023 to February 08, 2024 (inclusive) under Local Code T-4.

2. On December 20, 2023, Pretrial Services informed the parties that Mr. Kennedy

was in a car accident and was severely injured.

3. Defense counsel represents that she is in regular contact with Mr. Kennedy's family. Undersigned defense counsel represents that she spoke with her client's mother on Sunday, April 21, 2024 around 9:00 p.m., who relayed that Mr. Kennedy is still nonverbal, is still utilizing a feeding tube, and was just rushed back to the ICU due to breathing issues. As such, defense counsel has not had any direct communication with Mr. Kennedy subsequent to the accident.

4. Given the above, defense counsel is seeking the instant continuance in the hopes that Mr. Kennedy will recover and once again be able to assist in his defense. Given Mr. Kennedy's medical state, time is automatically excludable under 18 U.S.C. § 3161(h)(4) (Local Code O). *See* 18 U.S.C. § 3161(h)(4), "[t]he following periods of delay *shall* be excluded…[a]ny period of delay resulting from the fact that the defendant is…physically unable to stand trial" (emphasis added).

5. The government does not object to the continuance.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 22, 2024

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JUSTIN KADELL KENNEDY

Date: April 22, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference currently set for April 25, 2024 is continued to June 27, 2024 at 9:00 a.m.

The time period from April 25, 2024 to June 27, 2024 (inclusive) is excluded under Local Code O (18 U.S.C. § 3161(h)(4).

IT IS SO ORDERED.

Dated:  April 24, 2024                           /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE