MICHELE BECKWITH
Acting United States Attorney
CAMERON DESMOND
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN KADELL KENNEDY,<br><br>Defendant. | CASE NO. 2:23-CR-300-DC<br><br>MOTION TO DISMISS; [PROPOSED] ORDER |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss the indictment against Justin Kadell Kennedy without prejudice. After a grand jury charged Kennedy in this case, Kennedy suffered a serious medical incident that has rendered him currently unable to assist in his defense. Accordingly, the United States seeks leave of the court to dismiss the indictment.

Dated: April 30, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

**ORDER**

On April 30, 2025, the United States moved to dismiss the Indictment against Justin Kadell Kennedy. The court, having reviewed and considered the Motion filed by the United States at document number 32, finds that the Motion is made in good faith. Good cause appearing, the court hereby GRANTS the Motion and ORDERS the Indictment against Justin Kadell Kennedy DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   **April 30, 2025**   

_____
Dena Coggins
United States District Judge

MOTION TO DISMISS; [PROPOSED] ORDER              2